UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNA PORTER,        ) | |
|   Plaintiff                                )  | CIVIL ACTION: |
|                                                    ) | NO.: 3:15-CV-01402 (AWT) |
| VS.                                                  ) | |
| CAVALRY SPV I, LLC                  ) | |
|   Defendant                             ) | NOVEMBER 27, 2015 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Suzanna Porter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated:     Hartford, Connecticut
                November 27, 2015

                                                  **THE PLAINTIFF
SUZANNA PORTER**

                                     **BY:**     _____/s/_____
                                                             **Roderick D. Woods, Esq.
                   The Woods Law Firm, LLC
                   100 Pearl Street
                   14th Floor
                   Hartford, Connecticut 06103
                   Federal Bar #ct29447
                   Attorney for the Plaintiff:
                   SUZANNA PORTER**

## **CERTIFICATION**

**I hereby certify that on November 28, 2015 a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

_____/s/_____
**Roderick D. Woods, Esq.**
**The Woods Law Firm, LLC**
**100 Pearl Street**
**14th Floor**
**Hartford, Connecticut 06103**
**Federal Bar #ct29447**
**Attorney for the Plaintiff:**
**Suzanna Porter**

**THE WOODS LAW FIRM, LLC**
100 PEARL STREET, 14TH FL., HARTFORD, CT 06103 ♦ TEL (860) 549-6275 ♦ FAX (860) 371-3242 ♦ RWOODS@RDW-LAW.COM
CT JURIS NUMBER 428247
CT FEDERAL BAR NUMBER: ct29447